# *UNITED STATES DISTRICT COURT*
# *FOR THE DISTRICT OF MINNESOTA*

Rein Midway Limited Partnership,
et al.

v.

State Farm Fire and Casualty Co.

## Motion Hearing Notice

**Case Number Civil 00-612 PAM/JGL**

(x) TAKE NOTICE That the proceeding in this case scheduled for Friday, January 12, 2001 @ 10:00 A.M. has been **continued** to a new date and time. The change is indicated below.

Room 730 (7th Floor)
316 North Robert Street
St. Paul, Minnesota 55101

**The motion hearing shall proceed before the Honorable Paul A. Magnuson on Friday, February 16, 2001 @ 11:30 A.M.**

The continuance is due to a conflict with Judge Magnuson's schedule.

Dated: January 4, 2001

FRANCIS E. DOSAL, CLERK

Suzanne M. Ruiz, Calendar Clerk

cc: Ilsley D. Colton
Steven P. Zabel
Christopher McGlincey
Robert Salmon
Amy Woodworth

JAN 04 2001