**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Rein Midway Limited, et al.

Plaintiffs,

Civil 00-612 PAM/JGL

v.

**ORDER OF DISMISSAL**

State Farm Fire,

Defendant.

---

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: March 12, 2001

**PAUL A. MAGNUSON, CHIEF JUDGE**
**United States District Court**

FILED MAR 12 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________