**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

Rein Midway Limited Partnership, a Connecticut limited partnership, RK Midway, LLC, a Delaware limited liability company

Plaintiffs,

vs.

State Farm Fire and Casualty Company,

Defendants.

Case No. 00-612 PAM/JGL

**STIPULATION OF DISMISSAL AND ORDER FOR DISMISSAL**

---

WHEREAS, the parties hereto, through their respective counsel, have reached a full and final settlement of this matter; and

WHEREAS, the parties hereto jointly request that the Court direct the entry of judgment of dismissal with prejudice, without costs, and on the merits,

The parties hereto, through their respective counsel, stipulate and agree to dismissal of this case with prejudice, without costs and on the merits.

Dated: April 25, 2001

Charles K. Dayton - No. 21672
Christopher M. McGlincey - No. 269505
LEONARD, STREET AND DEINARD, P.A.
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Attorneys for Plaintiffs Rein Midway and RK Midway

FILED MAY 0 2 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD_______
DEPUTY CLERK_______

Dated: 4/27/01

Robert E. Salmon - No. 123031
Susan B. DeVos - No. 278762
MEAGHER & GEER, P.L.L.P.
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
Attorneys for Defendant State Farm

**ORDER FOR JUDGMENT**

Based upon the foregoing stipulation, the Court directs the entry of judgment of dismissal of this case with prejudice, without costs and on the merits.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated this 2nd day of May, 2001.

BY THE COURT:

\869597